PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 110065

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### CASE NO.: 9:11-80191-CR-ZLOCH
### 9:12-80039-CR-ZLOCH-4

**Request for Modifying the Conditions or Term of Supervision**
**With Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: FIELDS, Jeffrey Tracy

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Senior United States District Judge, Fort Lauderdale, Florida

Date of Original Sentence: July 20, 2012

| | |
|---|---|
| Original Offense: | **Docket 9:11-80191-CR-ZLOCH**: Conspiracy to commit mail and wire fraud, in violation of Title 18 U.S.C. §§1349 and 2326(a), a Class B felony. |
| | **Docket 9:12-80039-CR-ZLOCH-4**: Conspiracy to commit mail fraud, in violation of Title 18 U.S.C. § 1349, a Class B felony. |
| Original Sentence: | **Docket 9:11-80191-CR-ZLOCH**: One hundred and one months (101) custody of the Bureau of Prisons, followed by five (5) years supervised release, $100.00 special assessment fee, and $2,212,660.09 restitution, concurrent to **9:12-80039-CR-ZLOCH-4**. The following special conditions were ordered: The defendant shall 1) maintain full-time employment; 2) provide complete access to financial information; 3) no new debt; 4) permissible search of his person or property; 5) no employment in a related timeshare or resale company; 6) obtain prior court approval for self-employment; and 7) participate in an approved treatment program for drug and/or alcohol abuse. |

Type of Supervision: Supervised Release     Date Supervision Commenced: February 19, 2019

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

The defendant shall pay restitution at the rate of $150.00 per month, until such time as the court may alter that payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 110065

## CAUSE

**Violation of Mandatory Condition,** by failing to satisfy the court-ordered restitution. On July 20, 2012, restitution in the amount of $2,212,660.09 was ordered by the Court and the defendant has failed to satisfy this financial obligation as ordered.

## **RECOMMENDATION:**

On February 19, 2019, the defendant commenced his term of supervised release in the Southern District of Florida. As a condition of his supervision, the defendant was ordered to make restitution in the sum of $2,212,660.09.

A financial investigation was conducted to determine what amount the defendant could afford to pay monthly. The defendant reported the household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant, and the expenses were adjusted accordingly. A review of his financial obligations revealed the defendant makes a monthly net income of $2,699.00 and has $2,500.00 in allowable expenses, with $199.00 in disposable income. Based on the information, it was determined that the defendant will be able to pay $150.00 per month toward restitution in this case.

The defendant was presented with this information and concurred with our assessment; consequently, he voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, thus establishing restitution at $150.00 per month for this case, commencing this month, and every month thereafter.

Respectfully submitted,

by: _Kevin Joseph Leonard_ Kevin J. Leonard 2019.04.02 11:23:02 -04'00'

Kevin Leonard  
United States Probation Officer  
Office: (561) 804-6880  
Cellular: (305) 812-7662  
Date: April 2, 2019

Randel G. Frimet  
Apr 2 2019 11:05 AM  
cosign

---

THE COURT ORDERS:

☐ ☑ No Action  
☑ The Modification of Conditions as Noted Above  
☐ Submit a Request for ☐ Warrant or ☐ Summons

4/9/19  
_____  
Signature of Judicial Officer

_W.Q.Z._  
_____  
Date