UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80191-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JEFFREY T. FIELDS**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on the Motion to Terminate Defendant's Supervised Release Term [ECF No. 29], filed by Defendant, Jeffrey T. Fields on May 8, 2020. Defendant has served 15 months of a five-year supervised release term and has significant restitution owing to his victims. It matters not that Defendant stands little chance of winning the lottery. (*See* Mot. 8). And while the Court is sympathetic to Defendant's wish to travel internationally with his daughter in weight-lifting competitions (*see id.* 7), no such travel, with its attendant costs, will be permitted while the victims are owed restitution. In short, the Court is unpersuaded the supervised release term should be terminated early. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 11th day of May, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Defendant, *pro se*